■ DOMINICK CASSANO, Appellant, v MARYANN CASSANO, Respondent. [599 NYS2d 987] —Appeal by the defendant from an order of the Supreme Court, Queens County (Nahman, J.), entered June 13, 1991.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Nahman at the Supreme Court. Bracken, J. P., Balletta, Rosenblatt and Miller, JJ., concur.